**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re      **Chae Kyong Vrabel**

Debtor(s)

Case No.   **25-10986-BFK**

Chapter    **7**

### DEBTOR'S OBJECTION TO THE MOTION TO REOPEN CASE (Docket # 21)

**COMES NOW THE DEBTOR who files this response to the Motion to Reopen Case filed herein as follows:** Debtor opposes the Motion to reopen her case because upon information and belief, the Movant was aware of the Debtor's filing before the deadline to file a Complaint Objecting to Dischargeability of August 11, 2025, yet failed to object in a timely manner.  While the Court will ordinarily deny a Motion to Reopen a no-asset Chapter 7 case for the purpose of listing a creditor who was omitted from the debtor's schedules and statements, where the creditor claims they were not provided notice they can file a Complaint to Determine Dischargeability under 11 USC Sec. 727(a) and Sec. 523(a)(2)(4), or (6).

This Debtor listed the Movant yet could not include a physical address for mailing notice because the Movant failed to ever provide one.  The Debtor and the Movant were participants in a lending arrangement which was based solely on a list of names and phone numbers.  In this particular case, the Debtor believes the Movant was aware of the bankruptcy filing because a message was sent via text messsage to the Movant which included Notice of the Debtor's bankruptcy filing.

Should the Court be predisposed to granting the Movant's Motion based on lack of notice, the Debtor requests the Court to schedule an evidentiary hearing to determine whether the Movants did or did not receive Notice.  If Notice was received, the Debtor will argue the Motion to Reopen should be denied because it was filed after the deadline to file a Complaint to Determine Dischargeability.

**Chae Kyong Vrabel**

Date:   **November 24, 2025**

By   /s/  Richard Owen Bolger

Attorney for Debtor          richard@bolgerlaw.com
State Bar No.:   **22994 (VA)**
Address:   **Bolger Law Firm, PLLC**
**10347 Democracy Lane**
**Fairfax, VA 22030-2505**
Telephone No.:   **(703) 383-9595**

[ ntctoaddcreds ver. R. 11/01]

## **CERTIFICATION**

I certify that on ___**November 24, 2025**___, I served a copy of the foregoing notice on counsel for the Movant, Jeffrey T. Martin, Jr., by first class mail at 8065 Lesburg Pike, Ste. 750, Vienna, VA  22182 and by email at jeff@martinlawgroup.com.

/s/ Richard Owen Bolger
**Richard O Bolger 22994 (VA)**
Attorney for Debtor

[ ntctoaddcreds ver. R. 11/01]