**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

IN RE:                                              )
                                                    )
                                                    )
                                                    )          Case No. 25-10986-BFK
CHAE KYONG VRABEL                                   )          Chapter 7
        Debtor                                      )
                                                    )
                                                    )

**ORDER GRANTING
MOTION TO REOPEN CASE**

Upon consideration of the Motion to Reopen Case (the "Motion") (Docket No. 21), filed

by Natalie Lee and Sook C. Lee, through undersigned counsel, requesting entry of an order

reopening this case, and notice of the Motion having been given all creditors and parties in

interest, and the Court finding good cause to grant the Motion, it is hereby

ORDERED that this case is reopened; and it is further

ORDERED that the United States Trustee shall appoint a trustee; and it is further

ORDERED that all complaints under 11 U.S.C § 523 & § 727 of the Bankruptcy

Code must be filed within 90 days of the entry of this order.

Date: Jan 8 2026                                    /s/ Brian F Kenney
_____              _____
                                                    Brian F. Kenney, U.S. Bankruptcy Judge

                                     Entered on Docket: Jan 8 2026
                                     _____

Jeffery T. Martin, Jr., Bar No. 71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA, 22182
703-834-5550
jeff@martinlawgroup.com
Counsel for Natalie Lee and Sook C. Lee

I ASK FOR THIS:


/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. 71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA, 22182
703-834-5550
jeff@martinlawgroup.com
*Counsel for Natalie Lee and Sook C. Lee*


SEEN AND OBJECTED TO:

 ENDORSEMENT REFUSED
Richard Owen Bolger Bar No. 22994
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030-2505
(703) 383-9595
richard@bolgerlaw.com
*Counsel for Debtor*


### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify, under Local Rule 9022-1(C), that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.