**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| In the Matter of: | * | |
| | * | Chapter 7 |
| CHAE KYONG VRABEL | * | |
| | * | Case No. 25-10986-BFK |
| Debtor | * | |
| _____ | * | |

**DEBTOR'S RESPONSE TO CREDITOR'S MOTION TO EXTEND DEADLINES
TO FILE COMPLAINT OBJECTING TO DISCHARGE AND COMPLAINT TO
DETERMINE DISCHARGEABILITY OF DEBT
(FED. R. BANKR. P. 4004(b) & 4007(c))**

COMES NOW THE DEBTOR, by counsel, who responds to Movant's Motion to Extend Deadlines as follows:

1.     On January 8, 2026, the Court granted the Movant's Motion to Reopen the Debtor's Chapter 7 among with the following language: "that all complaints under 11 U.S.C § 523 & § 727 of the Bankruptcy Code must be filed within 90 days of the entry of this order."  Accordingly, the Movant has until April 8, 2026.

2.     Every day that passes and the Debtor is required to defend herself against the Movant's allegations causes a great deal of stress which has affected her health and well-being.

3.     The Debtor has cooperated with the Movant's discovery requests in a timely manner so she has not caused undue delay to this proceeding.

WHEREFORE, the Debtor requests the Court to deny the Motion to Extend the deadline to file any complaints under 11 U.S.C § 523 & § 727 of the Bankruptcy Code.

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994

/s/ Richard O. Bolger

Richard Owen Bolger
VSB #22994
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2026, I electronically filed the

foregoing Response with the Clerk of the Court and served a copy of the foregoing

response to counsel of Movant, Jeffrey T. Martin, Jr., by first class mail to 8065 Leesburg

Pike, Suite 750, Vienna, VA 22182 and by email at jeff@martinlawgroup.com.

/s/ Richard O. Bolger
Richard O. Bolger

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994