## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. 25-10986-BFK |
| CHAE KYONG VRABEL | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

## CONSENT MOTION TO CONTINUE HEARING

Natalie Lee ("Lee"), Creditor, by counsel, Jeffery T. Martin Jr., Esquire, respectfully requests that the Court continue the hearing currently scheduled for March 31, 2026, at 9:30 A.M., by consent of the parties. In support of this request, Lee states as follows:

1.      Following the filing of a Motion to Extend Time to Object to Discharge (the "Motion to Extend Time") in this case, Creditor filed a Notice of Hearing, setting a motions hearing (the "Hearing") for March 31, 2026, at 9:30 A.M. [Dkt. No. 42].

2.      Undersigned counsel, Jeffery T. Martin, Jr. Esquire, has a scheduling conflict on March 31, 2026, at the same time as the Hearing and is therefore unable to appear.

3.      The parties have conferred regarding the requested continuance, and opposing counsel, Richard Owen Bolger, consents to the relief requested herein.

4.      Lee respectfully requests that the Hearing be continued and rescheduled to April 21, 2026, at 9:30 am.

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
McLean, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
Counsel for Natalie Lee

**WHEREFORE**, Lee respectfully requests that this Court enter an order continuing the

Hearing currently scheduled for March 31, 2026, and rescheduling it to April 21, 2026 at 9:30 am,

and granting such other and further relief as the Court deems just and proper.

Dated: March 25, 2026                              **Natalie Lee**
                                                   **By counsel**


                                                   /s/ Jeffery T. Martin, Jr.
                                                   Jeffery T. Martin, Jr., Bar No. VA71860
                                                   Martin Law Group, P.C.
                                                   8065 Leesburg Pike, Suite 750
                                                   Vienna, VA 22182
                                                   703-834-5550 Office
                                                   jeff@martinlawgroupva.com
                                                   Counsel for the Natalie Lee


### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this March 25, 2026, caused a copy of the foregoing to be

served by CM/ECF on all parties requesting such notice.


                                                   /s/ Jeffery T. Martin, Jr.
                                                   Jeffery T. Martin, Jr